# EXHIBIT A



STATE OF NEW YORK    )
                       )
                       )    ss
                       )
COUNTY OF NEW YORK   )

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from French into English and from German into English of the attached letter sent from Cédric Remund, dated March 30, 2017.

Laura Musich, Managing Editor
Lionbridge

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702
Qualified in New York County
My Commission Expires 04-27-2023

Sworn to and subscribed before me
this _8th_ day of _October_, 20 _20_.

**CH-3003 Bern, BA**
**Non-registered delivery, forwarded by email**
Atty. Saverio LEMBO
Atty. Anne Valérie JULEN BERTHOD
Atty. Tali PASCHOUD
Bär & Karrer SA [Inc.]
12, quai de la Poste
1211 Geneva 11

| | |
|---|---|
| Public Prosecutor: | Cédric Remund |
| Assistant Public Prosecutor: | Joël Pahud |
| Court Clerk: | Sara Eggenschwiler |
| Case no.: | SV.15.0902-REC |
| **Bern, March 30, 2017** | |

**Your letter of March 9, 2017**

Dear Counselors,

We are following up with your letter of March 9, 2017 and we thank you for it.

We confirm that, to date, the Department of the Public Prosecutor of the Confederation has not investigated criminal proceedings against your clients, MOUNTRIGI MANAGEMENT GROUP LTD and GROUPE TELEVISA, nor against the bodies of your clients.

We thank you for your attention and beg you to accept, Counselors, the assurance of our distinguished consideration.

Department of the Public Prosecutor of the Confederation

[signature]                                  [stamp: Swiss Federal Prosecutor's Office]
Cédric Remund
Public Prosecutor

Bundesanwaltschaft BA
Sara Eggenschwiler
Taubenstrasse 16
3003 Bern
Tel. +41 58 460 51 30, Fax +41 58 464 80 77
www.bundesanwaltschaft.ch



Bundesanwaltschaft
Ministère public de la Confédération
Ministero pubblico della Confederazione
Procura publica federala

<u>CH-3003 Bern, BA</u>
**Sous pli simple, anticipé par email**
Mes Saverio LEMBO
Anne Valérie JULEN BERTHOD
Tali PASCHOUD
Bär & Karrer SA
12, quai de la Poste
1211 Genève 11

| | |
|---|---|
| Procureur fédéral: | Cédric Remund |
| Procureur fédéral assistant: | Joël Pahud |
| Greffière: | Sara Eggenschwiler |
| Procédure n°: | SV.15.0902-REC |
| **Berne, le 30 mars 2017** | |

**Votre courrier du 9 mars 2017**

Maîtres,

Nous vous faisons suite à votre courrier du 9 mars 2017 et vous en remercions.

Nous vous confirmons qu'à ce jour le Ministère public de la Confédération n'instruit de procédure pénale ni à l'encontre de vos mandantes, MOUNTRIGI MANAGEMENT GROUP LTD et GROUPE TELEVISA, ni à l'encontre des organes de vos mandantes.

Nous vous remercions de votre attention et nous vous prions de croire, Maîtres, à l'assurance de notre considération distinguée.

Ministère public de la Confédération

Cédric Remund
Procureur fédéral



Bundesanwaltschaft BA
Sara Eggenschwiler
Taubenstrasse 16
3003 Bern
Tel. +41 58 460 51 30, Fax +41 58 464 80 77
www.bundesanwaltschaft.ch