# EXHIBIT B

| | |
|---|---|
| **From:** | Anders, David B. <DBAnders@wlrk.com> |
| **Sent:** | Wednesday, September 20, 2017 5:50 PM |
| **To:** | matthias.christen@ch.pwc.com; tony.basile@ch.pwc.com |
| **Cc:** | fsaona <fsaona@mountrigi.com>; Bandera Quijano Eduardo Jose <ebandera@televisa.com.mx>; Lembo, Saverio (Bär & Karrer AG) <saverio.lembo@baerkarrer.ch>; Julen Berthod, Anne Valerie (Bär & Karrer AG) <anne.julen@baerkarrer.ch>; Wachtell, Herbert M. <HMWachtell@WLRK.com>; Fernandez Lumermann, Cynthia <CFernandez@wlrk.com> |
| **Subject:** | Mountrigi |
| **Attach:** | 2017.03.09 - Letter from Swiss OAG.PDF; 2017.08.03 - Letter from Swiss OAG (original).pdf |

Dear Mr. Christen and Mr. Basile,

Further to our letter of September 18, 2017, please find attached the letters from the Swiss Office of the Attorney General ("OAG") that you requested. We can confirm that there has been no change in Mountrigi's status vis-à-vis the OAG since the March 9, 2017 letter. With regard to the letter dated August 3, 2017, the requests have been clarified and we will send a copy of our response when we submit it to the OAG.

Thanks,
David

*David B. Anders*
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York  10019
(212) 403-1307 (w)
(212) 403-2307 (fax)
DBAnders@wlrk.com

==================================================
Please be advised that this transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy or re-transmit this communication. If you have received this communication in error, please notify us by e-mail (helpdesk@wlrk.com) or by telephone (call us collect at 212-403-4357) and delete this message and any attachments.

Thank you in advance for your cooperation and assistance.
==================================================