USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/8/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

In re GRUPO TELEVISA SECURITIES
LITIGATION

18 Civ. 1979 (LLS)

MEMORANDUM & ORDER

- - - - - - - - - - - - - - - - - - -X

Robbins Geller's ("RG") frank statement that it was aware, and can be fairly charged with knowledge of "CAAT's Arrowstreet profits" before CAAT's lead plaintiff motion (RG's Feb. 1, 2021 letter to the Court) removes the need for discovery of documents on that point.

That usefully defines the issue but does not resolve or dispose of it. As stated in my Jan. 21 order, "there are consequential questions whether" RG was obliged to disclose those "profits" to the Court.

Resolving them will require the "deeper dive" mentioned by RG, into the communications and deliberations of all concerned, which led to the conclusion that no contemporaneous disclosure was necessary. In this particular respect, the "full showing" offered by RG is imperative.

That will call at least for disclosures of all documents and information arguably relevant to the decision not to

disclose. Considerations of privilege may be raised in the usual manner.

So ordered.

Dated: New York, New York
       February 8, 2021

                                               *Louis L. Stanton*
                                               LOUIS L. STANTON
                                                    U.S.D.J.