```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/12/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

In re GRUPO TELEVISA SECURITIES      18 Civ. 1979 (LLS)
LITIGATION
                                          ORDER

- - - - - - - - - - - - - - - - - - -X

Until further order,

1. Filings concerning CAAT's and Robbins Geller's attorney-client communications shall be made under seal; and

2. The parties should understand that the sealing may be temporary, and the sealed material may later be disclosed.

So ordered.

Dated:  New York, New York
        April 12, 2021

                                    _____
                                    LOUIS L. STANTON
                                         U.S.D.J.

-1-