```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

In re GRUPO TELEVISA SECURITIES           18 Civ. 1979 (LLS)
LITIGATION                                      ORDER

------------------------------X
```

With regard to pending matters:

1. Robbins Geller need not produce the items listed on its privilege logs;

2. Without need for a pre-motion conference, defendants' motion for disqualification and decertification is accepted as filed;

3. All submissions by plaintiffs and Robbins Geller since October 27, 2020 will be considered as submitted in opposition to defendants' motion, without the need for duplicative or repetitive filings; and

4. Any further submissions in opposition to the motion must be served and filed on or before 5:00 PM on Monday, May 10, 2021.

So ordered.

Dated: New York, New York
       April 23, 2021

                                         *Louis L. Stanton*
                                         LOUIS L. STANTON
                                            U.S.D.J.

-1-