```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------X
```

In re GRUPO TELEVISA SECURITIES LITIGATION

18 Civ. 1979 (LLS)
ORDER

```
------------------X
```

Upon due consideration of the parties' submissions and supporting materials respecting defendants' motion to disqualify Palm Tran and its counsel,

1. There being an insufficient showing of any short-coming of Palm Tran or its traditional counsel Sugarman & Susskind, P.A. in the conduct of the prosecution of this case, the motions to remove Palm Tran as Class Representative and decertify the class are denied; and

2. The application for disqualification of Robbins Geller Rudman & Dowd LLP is decided in a separate Opinion and Order filed simultaneously with this one; and

3. All applications for leave to file under seal are denied, and all filings under seal in connection with those proceedings shall be unsealed forthwith.

So ordered.

Dated: New York, New York
May 19, 2021

LOUIS L. STANTON
U.S.D.J.