ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

In re GRUPO TELEVISA SECURITIES            18 Civ. 1979 (LLS)
LITIGATION                                        ORDER

- - - - - - - - - - - - - - - - - -X

On due consideration of the submissions of all concerned and amicus curiae Hagens Berman Sobol Shapiro, the selection by Palm Tran of the firm Boise Schiller Flexner as Class Counsel is confirmed, to take effect immediately.

So ordered.

Dated: New York, New York
       October 8, 2021

                                        _Louis L. Stanton_
                                        LOUIS L. STANTON
                                        U.S.D.J.