ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

In re GRUPO TELEVISA SECURITIES LITIGATION

18 Civ. 1979 (LLS)

ORDER

- - - - - - - - - - - - - - - - - - -X

The Government has moved to intervene, for the sole purpose of deferring the deposition of Alejandro Burzaco in this case until after completion of United States v. Full Play Group et al., No. 15-CR-252 (S-3) (PKC). Dkt. No. 274. The parties having agreed to its deferral, the Government's purpose is accomplished, there is no need for its intervention, the deposition of Burzaco is stayed until completion of the trial of United States v. Full Play Group et al., No. 15-CR-252 (S-3) (PKC), and the present schedule of proceedings shall at this time remain unaltered except that the close of discovery shall not apply to discovery from Mr. Burzaco.

So ordered.

Dated: March 8, 2022
       New York, New York

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.