ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------X

In re GRUPO TELEVISA SECURITIES LITIGATION

18 Civ. 1979 (LLS)

OPINION & ORDER

----------------------------X

Good cause appearing, all proceedings in this case are adjourned until further notice. Counsel are to report on the situation on or before January 13, 2023.

So ordered.

Dated: New York, New York
November 16, 2022

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.