**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re GRUPO TELEVISA SECURITIES LITIGATION | Civil Action No. 18-cv-1979-LLS |

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF THE PLAN OF ALLOCATION**

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Declaration of John T. Zach, Declaration of Justin R. Hughes, and all prior pleadings and proceedings had herein, Class Representative Palm Tran, Inc. Amalgamated Transit Union Local 1577 Pension Plan, by and through its attorneys, hereby moves the Court, before the Honorable Louis L. Stanton, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for entry of the [Proposed] Order Granting Final Approval Pursuant to Fed. R. Civ. P. 23(e):  (1) granting final approval of the proposed Settlement; and (2) approving the Plan of Allocation.

Dated: July 3, 2023

                                          Respectfully submitted,

                                          /s/ *David Boies*

David Boies
John T. Zach
David A. Barrett
Adam R. Shaw
Lauren M. Goldman
Boies Schiller Flexner LLP
55 Hudson Yards
New York, New York 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Palm Tran, Inc. Amalgamated Transit Union Local 1577 Pension Plan and the Class*

2

## CERTIFICATE OF SERVICE

I, David Boies, hereby certify that on July 3, 2023, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice. I further certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed July 3, 2023, at New York, New York.

                                                                                      /s/ *David Boies*
                                                                                       David Boies