ORIGINAL

USDC SDNY
DOCUMENT
E  RONICALLY FILED
D    +
DATE FILED: 8/8/23

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re GRUPO TELEVISA SECURITIES
LITIGATION

Civil Action No. 18-cv-1979-LLS

## ORDER GRANTING MOTION FOR AN AWARD
## OF ATTORNEYS' FEES AND EXPENSES

Having read and considered the papers filed and arguments made by counsel, and good

cause appearing, **IT IS HEREBY ORDERED AS FOLLOWS:**

1.      The Court awards Boies Schiller Flexner LLP ("BSF") and Sugarman Susskind

Braswell & Herrera ("SSBH") attorneys' fees in the amount of 30% of the Settlement Amount

and expenses in the amount of $1,101,738.68, together with interest earned thereon for the

same time period and at the same rate as that earned on the Settlement Fund until paid.

2.      The fees and expenses, as awarded by the Court to BSF and SSBH, shall be paid to

BSF from the Settlement Fund. BSF may allocate the attorneys' fees and expenses solely to BSF

and SSBH (and to no other firm or individual) in a manner in which it in good faith believes reflects

the contributions of itself and SSBH to the initiation, prosecution, and resolution of the Litigation.

Neither BSF nor SSBH shall share any amount of attorneys' fees or expenses awarded to them

with any other firm or individual.

3.      The Court further awards Class Representative Palm Tran, Inc. Amalgamated

Transit Union Local 1577 Pension Plan $10,000 to be paid from the Settlement Fund pursuant

to 15 U.S.C. § 78u-4(a)(4).

**IT IS SO ORDERED.**

DATED: August 8, 2023

Louis L. Stanton
THE HONORABLE LOUIS L. STANTON
UNITED STATES DISTRICT JUDGE

1